IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01514-PAB-BNB

CORDELL PEARCE,

Plaintiff,

v.

OFFICER JOE LUCERO, Denver Police Department, and
OFFICER RYAN TUGGLE, Denver Police Department,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED:

     (1)   **Defendants' Unopposed Motion to Stay Discovery** [Doc. # 13, filed 9/2/2011] is GRANTED.

     (2)   Within ten days after any order by the district judge ruling on the Defendants' Motion to Dismiss, the parties shall file status reports addressing the effect of the ruling and discussing the pretrial matters, if any, which should be scheduled.

DATED:  September 2, 2011