**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01514-PAB-BNB

CORDELL PEARCE,

    Plaintiff,

v.

OFFICER JOE LUCERO, and
OFFICER RYAN TUGGLE,

    Defendants.

---

## FINAL JUDGMENT

---

    This action was tried before a jury of nine duly sworn to try the issues herein with U.S. District Judge Philip A. Brimmer presiding, and the jury has rendered a verdict.  It is

    **ORDERED** that final judgment shall enter in favor of defendants OFFICER JOE LUCERO and OFFICER RYAN TUGGLE and against plaintiff CORDELL PEARCE.  It is

    **FURTHER ORDERED** that defendants OFFICER JOE LUCERO and OFFICER RYAN TUGGLE are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

    **FURTHER ORDERED** that this case is dismissed.

Dated at Denver, Colorado this 9th day of January, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk